# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| COURTNEY YOUNGS ) | CIVIL ACTION NO. 5:11-cv-391-F |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| SUPERIOR ASSET MANAGEMENT, ) | |
| INC. AND VIKRAM NEGI ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of North Carolina, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 15th day of November, 2011.

          Respectfully submitted,

          /s/ Holly E. Dowd
          Holly E. Dowd (N.C. Bar No. 37533)
          Weisberg & Meyers, LLC
          409A Wakefield Dr.

1

Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

ATTORNEYS FOR PLAINTIFF

*Please send correspondence to the address below*

Holly E. Dowd
**Weisberg & Meyers, LLC**
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 15th day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 15th day of November, 2011, to:

Caren D. Enloe
Morris Manning & Martin, LLP
P.O. Box 12768
Research Triangle Park NC 27709


s/Jessica DeCandia
Jessica DeCandia