UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-391-F

| | | |
|---|---|---|
| COURTNEY YOUNGS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SUPERIOR ASSET MANAGEMENT, | ) | |
| INC.; and VIKRAM NEGI, | ) | |
|     Defendants. | ) | |

The court having been advised that the parties herein have settled and compromised all matters in controversy between them, the parties are DIRECTED to file their Joint Stipulation of Dismissal with Prejudice on or before **February 1, 2012.** Pending that filing, it is ORDERED that this matter is DISMISSED without prejudice to any party to reopen the case should settlement not be consummated by February 1, 2012. The defendants' pending Motion for Extension of Time to File Answer to Amended Complaint is DENIED as moot.

SO ORDERED.

This, the 18th day of November, 2011.

_____
JAMES C. FOX
Senior United States District Judge