IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:11-cv-391-F

| | |
|---|---|
| COURNTEY YOUNGS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **STIPULATION OF** |
| | ) **DISMISSAL** |
| SUPERIOR ASSET MANAGEMENT, INC. and | ) |
| VIKRAM NEGI, | ) |
| | ) |
| Defendants. | ) |

NOW COMES the Plaintiff and the Defendants, by and through their attorneys, and hereby stipulate that this matter be dismissed with prejudice. Each party shall bear its own costs.

/s/ Holly E. Dowd
Holly E. Dowd
Weisberg & Meyers, LLC
NC State Bar No. 37533
409A Wakefield Dr.
Charlotte, NC 28209
(888)595-9111 ext. 260
(866)565-1327 (fax)
hdowd@attorneysforconsumers.com
*Counsel for Plaintiff*

/s/ Caren D. Enloe
Caren D. Enloe
Morris, Manning & Martin, LLP
NC State Bar No. 17394
P.O. Box 12768
Research Triangle Park, NC 27709
(919)806-2969
(919)806-2057 (fax)
cenloe@mmmlaw.com
*Counsel for Defendants*